Oliver W. Loewy, IL Bar #6197093
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Email: oliver_loewy@fd.org
Phone: 503.326.2123
Fax:    503.326.5524

Gordon Mallon, OSB #842820
Gordon Mallon Lawyer PC
PO Box 2383
Lake Oswego, Oregon 97035
gord.mallon@gmail.com
Phone: 503.334.4145

Elizabeth JC Baker, OSB #910582
1574 Coburg Rd #259
Eugene, Oregon 97401
bakes@elizabethjcbaker.com
Phone: 541.345.5225

Kasia Rutledge, OSB #084590
319 SW Washington St., Ste. 301
Portland, Oregon 97203
kasia@kasiarutledgelaw.com
Phone: 503-446-6295

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| TRAVIS LEROY BEAN, | Civil Case No. 3:18-cv-01765-HZ |
| Petitioner, | |
| v. | UNOPPOSED MOTION FOR ORDER DISMISSING WITHOUT PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 |
| DOLLY MATTEUCCI, Superintendent, Oregon State Hospital; | |
| Respondent(s). | |

Petitioner, through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby moves that the Court enter an order dismissing without prejudice his petition for writ of habeas corpus. The reason for this motion is that after consultation with counsel, Mr. Bean no longer wishes to pursue the litigation in this case. Pursuant to LR 7-1(a), undersigned counsel certifies that counsel for Respondent, James Aaron, has been contacted and stated that Respondent has no objection to this motion.

Respectfully submitted on August 5, 2021.

/s/ Oliver W. Loewy
Oliver W. Loewy, IL Bar #6197093
Assistant Federal Public Defender

Gordon Mallon, OSB #842820

Elizabeth JC Baker, OSB #910582

Kasia Rutledge, OSB #084590

Attorneys for Petitioner