IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRAVIS LEROY BEAN,

        Petitioner,

v.

DOLLY MATTEUCCI,

        Respondent.

Case No. 3:18-cv-01765-HZ

JUDGMENT

HERANDEZ, District Judge.

Petitioner's unopposed Motion for Order Dismissing Without Prejudice (#35) is granted. Accordingly, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Based upon the voluntary nature of the dismissal, the Court declines to issue a Certificate of Appealability. Pending motions, if any, are DENIED AS MOOT.

   August 6, 2021
      DATE

                                 Marco A. Hernandez
                                 United States District Judge